February 8, 1909.

———o———

No. 4661.

(Court of Appeal, Parish of Orleans.)

EDGAR M. CAHN VS. CITY ITEM PUB. CO., LTD.

The appellant having suggested his acquiescence in the judgment, the appeal is ordered to be dismissed.

Appeal from Civil District Court, Division "E."

E. T. Florance, W. S. Parkerson, for Plaintiff and Appellee.

O. Villere, for Defendant and Appellant.

DUFOUR, J. Counsel for defendant and appellant in a motion signed also by counsel for plaintiff and appellee, informs us that appellant, since this appeal herein, has acquiesced in the judgment.

It is therefore ordered that the appeal be discontinued.